**UNITED STATES DISTRICT COURT**
**Southern District of Indiana**

| | | |
|---|---|---|
| TERESA DAVIS | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | CASE NO. 1:25−cv−01965−JRS−MG |
| | ) | |
| WAL−MART, INC., STORE #1518 | ) | |
| Defendant(s) | ) | |

**ORDER OF RECUSAL/DISQUALIFICATION**

In accordance with the provisions of Title 28 U.S.C. §455, the undersigned hereby disqualifies himself/herself in this matter. The Clerk of Court is directed to randomly reassign this matter to another Judge, pursuant to the court's reassignment procedures.

IT IS SO ORDERED.

DATE: September 29, 2025

s/ Chief District Judge James Russell Sweeney, II
United States District Court
Southern District of Indiana